*Afflick,* for plaintiff. *Edward Bromage, Jr., Henry M. Swan, Conrad M. Cutliffe,* on behalf of Thomas C. Murphy as Administrator of the Estate of Michael P. Murphy, as Amicus Curiae; *Ralph C. DeLuca,* Town Solicitor for Town of Bristol, in behalf of Town.

Appeal No. 945. Concetta Guglietti *et al. v.* David R. McGovern, *City Treasurer.* Plaintiffs' motion to dismiss defendant's appeal granted and case remanded to Superior Court. *William G. Gilroy, Anthony DeLisi,* for plaintiffs. *Robert J. McOsker,* City Solicitor, *Edward F. Malloy,* Asst. City Solicitor, *David J. Kehoe,* Asst. City Solicitor, for defendant.

March 12, 1970.

M. P. No. 761. Lawrence McCarter *v.* Harold V. Langlois, *Warden.* Petition for writ of habeas corpus denied. *Moses Kando,* Asst. Public Defender, for petitioner. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Asst. Attorney general, for respondent.

Appeal No. 656. David Levy *v.* Industrial National Bank of Rhode Island, Walter F. Farrell, James Sinclair and 91065 Corporation. Motion for leave to reargue denied. *David Levy,* plaintiff, pro se. *Hinckley, Allen, Salisbury & Parsons, Guy J. Wells, Thomas D. Gidley,* for Industrial National Bank of Rhode Island; *Hogan & Hogan, Edward T. Hogan,* for Executors of the Estate of Walter F. Farrell; *Winograd, Winograd & Marcus, Allan M. Shine,* for James Sinclair; *Roberts & McMahon, William F. McMahon,* for 91065 Corporation.

Appeal No. 848. Grafton H. Willey, III *et al. v.* Town Council of the Town of Barrington *et al.* Motion for leave to reargue denied. *Roberts & McMahon, Dennis J. Roberts, II,* for plaintiffs-appellants. *Hinckley, Allen, Salisbury & Parsons, William P. Thornton, Jr.,* for Industrial National Bank

of Rhode Island; *James A. Jackson,* Town Solicitor, for defendants-appellees.

March 19, 1970.

EQUITY No. 3149. LEON GLANTZ *v.* IRVING WINOGRAD. Appellant's motion to assign denied. State's motion to dismiss granted. *Aram K. Berberian,* for plaintiff-appellant. *Herbert F. DeSimone,* Attorney General, *G. John Gazerro, Jr.,* Special Asst. Attorney General, for defendant-appellee.

M. P. No. 981. BLANCHE E. HEICK *v.* CLAIRE RUZZO *et al.* Motion for leave to file petition for certiorari denied and Order of February 11, 1970 granting a stay of Superior Court order dissolving statutory attachments is vacated. *Kirshenbaum & Kirshenbaum, Alfred Factor,* for petitioner. *Felix A. Appolonia,* for respondents.

M. P. No. 992. CARL W. FRAZIER *v.* STATE. Motion for leave to file petition for writ of mandamus denied. *Carl W. Frazier,* petitioner, pro se. *Donald P. Ryan,* Assistant Attorney General, for respondent.

March 23, 1970.

M. P. No. 1008. MARY COSTANTINO *v.* JOHN F. SHARKEY, *Acting Warden.* This is a petition for a habeas corpus wherein the petitioner challenges the legality of her detention under a sentence of 60 days imposed by a justice of the Superior Court for criminal contempt. We shall treat this petition as an appeal from that conviction and as a habeas corpus petition seeking admission to bail pending the determination of her appeal. Accordingly, it is hereby ordered: